## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| **AIR FORCE OFFICER**, | ) | |
| | ) | Case No. 5:22-cv-00009 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| **LLOYD J. AUSTIN**, **III**, individually and in his | ) | |
| official capacity as Secretary of Defense; | ) | |
| **FRANK KENDALL**, **III**, individually and in his | ) | |
| official capacity as Secretary of the Air Force; and | ) | |
| **ROBERT I. MILLER**, individually and in his | ) | |
| official capacity as Surgeon General of the | ) | |
| Air Force, | ) | |
| | ) | |
| Defendants. | ) | |

### PLAINTIFF'S MOTION FOR LEAVE TO PROCEED ANONYMOUSLY

Plaintiff hereby moves the Court to grant her leave to proceed anonymously and, in accordance with the above caption, to use "Air Force Officer" in place of her legal name, because she has a substantial privacy right that can only be preserved by proceeding anonymously.  *Plaintiff B v. Francis*, 631 F.3d 1310, 1315-16 (11th Cir. 2011).  Plaintiff incorporates herein the associated Memorandum in Support of this Motion.

WHEREFORE, Plaintiff requests that the Court grant her leave to proceed anonymously.

Dated: January 6, 2022

Respectfully submitted,

Thomas Brejcha*
THOMAS MORE SOCIETY – President & Chief Counsel
309 W. Washington St., Ste. 1250
Chicago, IL 60606
(312)782-1680
tbrejcha@thomasmoresociety.org

Stephen Crampton*
THOMAS MORE SOCIETY – Senior Counsel
PO Box 4506
Tupelo, MS 38803
(662)255-9439
scrampton@thomasmoresociety.org

Adam S. Hochschild*
Hochschild Law Firm
THOMAS MORE SOCIETY – Special Counsel
PO Box 401
Plainfield, VT 05667
(314)503-0326
adam@hochschildlaw.com

Mary Catherine Hodes*
THOMAS MORE SOCIETY – Special Counsel
112 S. Hanley Rd., Second Floor
Clayton, MO 63105
(314)825-5725
mchodes@thomasmoresociety.org

Michael McHale*
THOMAS MORE SOCIETY – Counsel
20374 Magnolia Rd.
Crescent, IA 51526
(712)545-9433
mmchale@thomasmoresociety.org

*application for pro hac vice admission forthcoming

/s/ Michael R. Hirsh
Michael R. Hirsh, GA #357220
Hirsh Law Office, LLC
2295 Towne Lake Parkway
Suite 116-181
Woodstock, GA 30189
(678)653-9907
michael@hirsh.law

*Counsel for Plaintiff Air Force Officer*