IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **AIR FORCE OFFICER**, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>**LLOYD J. AUSTIN**, **III**, individually and in his )<br>official capacity as Secretary of Defense; )<br>**FRANK KENDALL**, **III**, individually and in his )<br>official capacity as Secretary of the Air Force; and )<br>**ROBERT I. MILLER**, individually and in his )<br>official capacity as Surgeon General of the )<br>Air Force, )<br>)<br>Defendants. ) | Case No. 5:22-cv-00009-TES |

**PROTECTIVE ORDER**

Upon the joint request of the parties in the above-captioned matter, pending adjudication of the Plaintiff's motion to proceed anonymously, and pursuant to Federal Rule of Civil Procedure 26(c), the Court hereby enters the following protective order, jointly agreed and proposed by the parties, to provide a mechanism for Plaintiff, who currently has moved to proceed in this action through the pseudonym "Air Force Officer," to disclose her identity to Defendants before final resolution of that motion by the Court.[1]

1. <u>Provision of Plaintiff's Identity and Unredacted Filings to Defendants.</u> Upon entry of this protective order, Plaintiff, through her counsel, will provide her name ("Name"), her address ("Address"), and unredacted copies of any redacted documents that have been filed in

---

[1] Entry of this protective order does not deprive Defendants of the opportunity to file an opposition to Plaintiff's Motion for Leave to Proceed Anonymously, Dkt. #3.

this matter ("Unredacted Documents") (Name, Address, and Unredacted Documents, collectively, "Identifying Information"), to Defendants' counsel of record.

2. <u>Limited Dissemination of Plaintiff's Identity.</u> The following persons may receive Identifying Information: (a) counsel for Defendants, including supervisory officials at the Department of Justice and agency counsel for Defendants; (b) persons regularly in the employ of counsel for Defendants directly assisting such counsel in the defense of this litigation and who have been advised by such counsel of their obligations hereunder; and (c) persons regularly in the employ of Defendants who are actually engaged in the preparation of this litigation for trial or other proceedings herein, provided that such persons agree to and sign the attached Acknowledgement and Agreement to be Bound (Appendix A). Counsel for Defendants shall maintain copies of all signed Acknowledgments and Agreements to be Bound.

3. <u>Permissible Uses of Plaintiff's Identity.</u> Any person receiving any Identifying Information pursuant to this Protective Order ("Recipient") shall use that information only for purposes of this litigation and shall not disclose Plaintiff's Identifying Information to anyone except persons permitted under Paragraph 2 to receive it, absent court order.

4. <u>Scope of the Protective Order.</u> This protective order does not alter the requirements of Middle District of Georgia Local Rule 5.4. If any party wishes to use any document containing Identifying Information or other personal information that would lead to the discovery of her identity in a court filing or proceeding in this action, they shall either (i) redact Plaintiff's name and other personal information and utilize Plaintiff's assigned pseudonym, or (ii) file a motion to seal pursuant to Middle District of Georgia Local Rule 5.4.

5. <u>Modifications.</u> Each party reserves the right to seek to modify the terms of this protective order at any time. If a party seeks to modify this protective order, the counsel for the

party seeking to modify the protective order shall confer with counsel for all other parties to this action.

    IT SO ORDERED, this 21st day of January, 2022.

S/ Tilman E. Self, III  
**TILMAN E. SELF, III, JUDGE**  
**UNITED STATES DISTRICT COURT**
