UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **AIR FORCE OFFICER**, on behalf of herself and all others similarly situated, | ) ) ) | Case No. 5:22-cv-00009-TES |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| **LLOYD J. AUSTIN, III**, in his official capacity as Secretary of Defense; **FRANK KENDALL, III**, in his official capacity as Secretary of the Air Force; and **ROBERT I. MILLER**, in his official capacity as Surgeon General of the Air Force, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR CLASS-WIDE PRELIMINARY INJUNCTION**

Pursuant to Federal Rule Civil Procedure 65, Plaintiff Air Force Officer, on behalf of

herself and all others similarly situated (collectively, the "Class"), respectfully requests that this

Court enter a class-wide preliminary injunction enjoining Defendants from enforcing certain

COVID-19 vaccine mandates—specifically, Department of Defense's August 24, 2021 Order

and Department of Air Force's September 3, 2021 Order (collectively, the "Mandates")[1]—

against any member of the Class, and enjoining Defendants from taking any adverse action

---

[1] Plaintiff, on behalf of herself and all others similarly situated, also seeks relief as to certain federal civilian employee COVID-19 vaccine mandates—specifically, President Biden's September 9, 2021 Executive Order 14043, Department of Defense's October 1, 2021 Order, and Department of Air Force's October 8, 2021 Order. *See* First Amended Class Action Complaint. However, those mandates are preliminarily enjoined pursuant to another court's order, *Feds. for Med. Freedom v. Biden*, --- F. Supp. 3d. ----, 2022 WL 188329, at *8 (S.D. Tex. Jan. 21, 2022). *See* February 15 Injunction Order [Doc. 51], p. 2 n.2. Therefore the present motion does not seek relief as to those federal civilian employee mandates.  Plaintiff reserves the right to pursue such relief in the future if and as appropriate.

against any member of the Class on the basis of this lawsuit or of any member's request for religious accommodation related to the Mandates.[2]

Plaintiff relies on and incorporates the Memorandum of Law in Support of this motion, filed simultaneously herewith.  In addition, Plaintiff relies on and incorporates her briefing and the declarations in support of her original Motion for Preliminary Injunction and exhibits thereto [including Doc. 2, 2-1 to 2-17, 40, 40-1, 40-2, 41, 41-1, and 45], the First Amended Class Action Complaint, and her briefing and the declarations in support of her Motion for Class Certification.

WHEREFORE, Plaintiff requests that this Court enter a class-wide preliminary injunction that enjoins Defendants from (1) enforcing the Mandates against Plaintiff or any member of the Class, and (2) taking any adverse action against Plaintiff or any member of the Class on the basis of this lawsuit or of Plaintiff's or any member's request for religious accommodation related to the Mandates.

---

[2] Plaintiff, on behalf of herself and all others similarly situated, also seeks relief as to Defendants' violation of the Administrative Procedure Act.  *See* First Amended Class Action Complaint, Count III.  The present motion does not seek relief as to this claim.  Plaintiff reserves the right to pursue such relief in the future if and as appropriate.

Dated: February 28, 2022


Respectfully submitted,

/s/ Adam S. Hochschild

Stephen Crampton, *pro hac vice*
THOMAS MORE SOCIETY – Senior Counsel
PO Box 4506
Tupelo, MS 38803
(662)255-9439
scrampton@thomasmoresociety.org

Adam S. Hochschild, *pro hac vice*
Hochschild Law Firm
THOMAS MORE SOCIETY – Special Counsel
PO Box 401
Plainfield, VT 05667
(314)503-0326
adam@hochschildlaw.com

Mary Catherine Hodes, *pro hac vice*
THOMAS MORE SOCIETY – Special Counsel
112 S. Hanley Rd., Second Floor
Clayton, MO 63105
(314)825-5725
mchodes@thomasmoresociety.org

Michael McHale, *pro hac vice*
THOMAS MORE SOCIETY – Counsel
10506 Burt Circle, Ste. 110
Omaha, NE 68114
(402)501-8586
mmchale@thomasmoresociety.org

Paul M. Jonna, *pro hac vice*
LiMandri & Jonna LLP
THOMAS MORE SOCIETY – Special Counsel
P.O. Box 9120
Rancho Santa Fe, CA 92067
(858)759-994
pjonna@limandri.com

Michael R. Hirsh, GA #357220
Hirsh Law Office, LLC
2295 Towne Lake Parkway
Suite 116-181
Woodstock, GA 30189
(678)653-9907
michael@hirsh.law

*Counsel for Plaintiff Air Force Officer*

3