IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| AIR FORCE OFFICER,<br><br>    Plaintiff,<br><br>v.<br><br>LLOYD J. AUSTIN, III, individually and in his official capacity as Secretary of Defense; FRANK KENDALL, III, individually and in his official capacity as Secretary of the Air Force; and ROBERT I. MILLER, individually and in his official capacity as Surgeon General of the Air Force,<br><br>    Defendants. | Civil Action No. 5:22-cv-00009-TES |

**MOTION TO STRIKE PLAINTIFF'S AMENDED COMPLAINT**

Defendants, by and through the United States Attorney for the Middle District of Georgia, hereby move the Court to strike Plaintiff's Amended Complaint (ECF No. 56) pursuant to Federal Rule of Civil Procedure 12(f) because the Amended Complaint is improper under Federal Rule of Civil Procedure 15(a).  Further, leave to amend should be denied under Federal Rule of Civil Procedure 15(a)(2) because the Amended Complaint is futile.

This 10th day of March, 2022.

                                              PETER D. LEARY
                                              UNITED STATES ATTORNEY

                            By:    *s/ Lance Simon*
                                              LANCE SIMON
                                              ASSISTANT UNITED STATES ATTORNEY
                                              Georgia Bar No. 447643
                                              ROGER C. GRANTHAM, JR.
                                              ASSISTANT UNITED STATES ATTORNEY
                                              Georgia Bar No. 860338

United States Attorney's Office
Middle District of Georgia
P. O. Box 1702
Macon, GA 31202
Phone: (478) 621-2663
Fax: (478) 621-2737
Email:  Lance.Simon@usdoj.gov
        Roger.Grantham@usdoj.gov