IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **AIR FORCE OFFICER,**<br><br>              Plaintiff,<br><br>v.<br><br>**LLOYD J. AUSTIN, III**, in his official capacity as Secretary of Defense, et al.,<br><br>              Defendants. | Case No. 5:22-cv-00009-TES |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that all Defendants hereby appeal to the United States Court of Appeals for the Eleventh Circuit from this Court's Memorandum Opinion and Order on Plaintiff's Motion for Preliminary Injunction, ECF No. 51, granting Plaintiffs' motion for preliminary injunction, ECF No. 2.

| | |
|---|---|
| Dated:  April 12, 2022 | Respectfully submitted, |
| PETER D. LEARY<br>United States Attorney<br>Middle District of Georgia | BRIAN M. BOYNTON<br>Principal Deputy Assistant<br>Attorney General |
| /s/ *Lance Simon*<br>Assistant United States Attorney<br>Georgia Bar NO. 44764<br>300 Mulberry St., Suite 400<br>P.O. Box 1702<br>Macon, GA 31202<br>Tel: (478) 621-2663<br>Email: lance.simon@usdoj.gov | ALEXANDER K. HAAS<br>Director, Federal Programs Branch<br><br>ANTHONY J. COPPOLINO<br>Deputy Director<br><br>/s/ *Zachary A. Avallone*<br>ANDREW E. CARMICHAEL |

Senior Trial Counsel
ZACHARY A. AVALLONE
CASSANDRA M. SNYDER
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 514-2705
Email: zachary.a.avallone@usdoj.gov

*Counsel for Defendants*