**Table of Exhibits**

| Exhibit Number | Exhibit Description |
|---|---|
| 1. | Declaration of Colonel Philip A. Holmes |
| 2. | Declaration of Brigadier General Terry L. Bullard |
| 3. | Declaration of Colonel James A. Rigsbee, with Attachment (Screenshot of Air Force NCO's Retirement Application Progress in Air Force MyPers Virtual Personnel Center) |
| 4. | Air Force Officer's Retirement Application |