# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| AIR FORCE OFFICER, *et al.*, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 5:22-CV-00009 |
| LLOYD J. AUSTIN, III, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**DECLARATION OF COLONEL PHILIP A. HOLMES**
**[with regard to "Air Force Engineer"]**

I, Philip A. Holmes, hereby state and declare as follows:

1. I am a Colonel in the United States Air Force currently assigned as the Commander of the Air Force Installation and Mission Support Center, Detachment 8. I have been in this position since July 18, 2019. As a part of my duties, I am responsible for leading Air Force Installation and Mission Support Center, Detachment 8, to accomplish its assigned mission and to safeguard the morale, physical well-being, and general welfare of all persons under my command.

2. I am generally aware of the allegations set forth in the pleadings filed in this matter. I make this declaration in my official capacity and based upon my personal knowledge and upon information that has been provided to me in the course of my official duties.

3. I know the identity of Air Force Engineer. He is a Major in Air Force Installation and Mission Support Center, Detachment 8, and I can provide Air Force Officer's name if required, consistent with the protective order in place in this case. I am Air Force Engineer's unit commander.

4.	I am aware of the status of the Air Force Engineer's religious accommodation appeal and any subsequent actions taken.  Air Force Engineer's religious accommodation request was denied on appeal on January 21, 2022.  He subsequently refused to comply with a lawful order to be vaccinated and was given a Letter of Counseling on April 18, 2022.  Administrative discharge proceedings have not been initiated against him nor completed.  Accordingly, these actions have not been reviewed by the Discharge Review Board and/or the Air Force Board for Correction of Military Records (AFBCMR).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of May 2022.

HOLMES.PHILIP.A.1169431694
Digitally signed by HOLMES.PHILIP.A.1169431694
Date: 2022.05.10 17:48:23 -04'00'

PHILIP A. HOLMES, Colonel, USAF
Commander