# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| AIR FORCE OFFICER, *et al.*, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 5:22-CV-00009 |
| LLOYD J. AUSTIN, III, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**DECLARATION OF BRIGADIER GENERAL TERRY L. BULLARD**
**[with regard to "Air Force Special Agent"]**

I, Terry L. Bullard, hereby state and declare as follows:

1.  I am an Active Duty officer in the United States Air Force currently assigned as the Commander of the Air Force Office of Special Investigations (AFOSI), stationed at Marine Corps Ground Installation Quantico, Virginia. I hold the grade of Brigadier General in the United States Air Force. I have been in this position since May 16, 2019. As a part of my duties, I am responsible for leading AFOSI to accomplish its assigned mission and to safeguard the morale, physical well-being, and general welfare of all persons under my command.

2.  I am generally aware of the allegations set forth in the pleadings filed in this matter. I make this declaration in my official capacity as the Commander of AFOSI and based upon my personal knowledge, and upon information that has been provided to me in the course of my official duties.

3.  I know the identity of Air Force Special Agent. He is a Technical Sergeant member of the United States Air Force Reserve in the role of Individual Mobilization Augmentee (IMA)

assigned to AFOSI 8th Field Investigations Region (8 FIR) IMA Hub, Peterson Space Force Base, Colorado. I can provide Air Force Special Agent's name if required, consistent with the protective order in place in this case. I am Air Force Special Agent's Field Operating Agency commander and 8 FIR's superior commander.

4.	I am aware of the status of the Air Force Special Agent's Religious Accommodation Request (RAR) and any subsequent actions taken. I denied his initial RAR on January 18, 2022; his appeal to the Air Force Surgeon General was subsequently denied on February 10, 2022. He was provided the denial memorandum on February 17, 2022.  On February 18, 2022, the Air Force Special Agent sent an email to his leadership indicating he made an appointment on March 1, 2022, at the Safeway in Concord, California, to receive the first dose of the COVID-19 vaccine. He also provided a screenshot of the appointment confirmation. Although this fell outside of the five (5) day suspense set by the Secretary of the Air Force, no action was undertaken as the individual was taking proactive measures to follow the order he had been given. The individual subsequently failed to keep this appointment due to reported conflicts with his civilian employment.

5.	To my knowledge Air Force Special Agent did not take further steps to reschedule this appointment, nor had he otherwise complied with the order to initiate his vaccination protocol. As a result of his failure to comply with a lawful order to be vaccinated, he was issued a Letter of Reprimand (LOR) on March 18, 2022. That action has not yet been finalized, and is not complete nor has it been made a part of the member's personnel records. Air Force Special Agent, like all reserve personnel issued an administrative action within the Department of the Air Force, are afforded 45 days to respond to the proposed action before it is adopted, downgraded, or set-aside. Lastly, administrative discharge proceedings have not been initiated against Air

Force Special Agent, nor have actions been initiated to transfer the member to the Individual Ready Reserve (IRR). Accordingly, these actions have not been reviewed by a Discharge Review Board and/or the Air Force Board for Correction of Military Records (AFBCMR).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of May 2022.

BULLARD.TERRY.L.1054063276
Digitally signed by BULLARD.TERRY.L.1054063276
Date: 2022.05.10 19:17:03 -04'00'

TERRY L. BULLARD
Brigadier General, USAF
Commander, AFOSI