# Exhibit 4

# Air Reserve Personnel Center

## Retirement Application

| | | | |
|---|---|---|---|
| Applicant Name: | [redacted] | Retirement Request ID: | RET0138131 |
| SSN (Last Four): | [redacted] | Requested Action: | Apply |
| Technician Type: | Air Reserve Technician (ART) | Application Status: | Work In Progress |
| Date Received: | 12/11/2021 10:48:49 AM | Application Type: | Reserve Retirement |
| Assigned Unit: | | | |

Member requested retirement with an effective date of 1 Jun 2022

Member did not request a retirement ceremony

Withdrawal or Date Change Justification:

Six Month Waiver Justification:

| | | | | | |
|---|---|---|---|---|---|
| Date Created: | 12/11/2021 10:48:49 AM | Status: | Completed | Requested Action: | Apply |
| Coordination Date: | 1/3/2022 11:00:00 PM | | | Recommendation: | Approval |
| Coordinator: | COL HAROLD LINNEAN | | | | |
| Coordinator Role: | Wing Commander or equivalent (COL HAROLD LINNEAN) | | | | |
| Remarks: | | | | | |

*Notes:* *When faxing documents to the Air Reserve Personnel Center associated with this application, please fax this page as your cover sheet and add any additional comments below.*

*The fax numbers are 478-327-2215 (Commercial) or 497-2215 (DSN)*