# ELEVENTH CIRCUIT TRANSCRIPT INFORMATION FORM

## PART I.    TRANSCRIPT ORDER INFORMATION

*Appellant to complete and file with the District Court Clerk and the Court of Appeals Clerk within 14 days of the filing of the notice of appeal in all cases, including those in which there was no hearing or for which no transcript is ordered.*

Short Case Style: Air Force Officer vs Lloyd Austin, III, et al.
District Court No.: 5:22-cv-00009-TES    Date Notice of Appeal Filed: 4/12/2022    Court of Appeals No.: 22-11200-G
(If Available)

CHOOSE ONE:  ☐ No hearing   ☐ No transcript is required for appeal purposes   ☐ All necessary transcript(s) on file
■ I AM ORDERING A TRANSCRIPT OF THE FOLLOWING PROCEEDINGS:

*Check appropriate box(es) and provide all information requested*:

| | HEARING DATE(S) | JUDGE/MAGISTRATE | COURT REPORTER NAME(S) |
|---|---|---|---|
| ■ Pre-Trial Proceedings | 2/3/2022 | Judge Tilman E. Self, III | Darlene Fuller |
| ☐ Trial | | | |
| ☐ Sentence | | | |
| ☐ Plea | | | |
| ☐ Other | | | |

**METHOD OF PAYMENT:**

■ I CERTIFY THAT I HAVE CONTACTED THE COURT REPORTER(S) AND HAVE MADE SATISFACTORY ARRANGEMENTS WITH THE COURT REPORTER(S) FOR PAYING THE COST OF THE TRANSCRIPT.

☐ CRIMINAL JUSTICE ACT.  My completed AUTH-24 requesting authorization for government payment of transcripts has been uploaded in eVoucher and is ready for submission to the magistrate judge or district judge [if appointed by the district court] or to the circuit judge [if ordered by or appointed by the circuit court].  [A transcript of the following proceedings will be provided ONLY IF SPECIFICALLY AUTHORIZED in Item 13 on the AUTH-24: Voir Dire; Opening and Closing Statements of Prosecution and Defense; Prosecution Rebuttal; Jury Instructions.]

Ordering Counsel/Party: Defendants
Name of Firm: United States Department of Justice
Address: 1100 L Street NW Washington DC 20005
E-mail: zachary.a.avallone@usdoj.gov     Phone No.: 202-514-2705

*I certify that I have completed and filed PART I with the District Court Clerk and the Court of Appeals Clerk, sent a copy to the appropriate Court Reporter(s) if ordering a transcript, and served all parties.*

DATE: 04/26/2022     SIGNED: /s/ Zachary A Avallone     Attorney for: Defendants

## PART II.    COURT REPORTER ACKNOWLEDGMENT

*Court Reporter to complete and file with the District Court Clerk within 14 days of receipt.  The Court Reporter shall send a copy to the Court of Appeals Clerk and to all parties.*

Date Transcript Order received: April 21, 2022
☒ Satisfactory arrangements for paying the cost of the transcript were completed on: April 21, 2022.
☐ Satisfactory arrangements for paying the cost of the transcript have not been made.
No. of hearing days: one (1)    Estimated no. of transcript pages: --83--    Estimated filing date: May 25, 2022
DATE: 05/03/2022    SIGNED: s/Darlene D. Fuller, Official Court Reporter    Phone No.: (478) 752-2608

NOTE: The transcript is due to be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were completed unless the Court Reporter obtains an extension of time to file the transcript.

## PART III.   NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN DISTRICT COURT

*Court Reporter to complete and file with the District Court Clerk on date of filing transcript in District Court.  The Court Reporter shall send a copy to the Court of Appeals Clerk on the same date.*

This is to certify that the transcript has been completed and filed with the district court on (date): May 16, 2022

Actual No. of Volumes and Hearing Dates: one (1) volume from 02/03/2022.

Date: May 16, 2022.    Signature of Court Reporter: s/Darlene D. Fuller, Official Court Reporter

Rev. 12/17