UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **AIR FORCE OFFICER**, **AIR FORCE NCO**, **AIR FORCE SPECIAL AGENT**, and **AIR FORCE ENGINEER**, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **LLOYD J. AUSTIN, III**, in his official capacity as Secretary of Defense; **FRANK KENDALL, III**, in his official capacity as Secretary of the Air Force; and **ROBERT I. MILLER**, in his official capacity as Surgeon General of the Air Force, <br><br> Defendants. | Case No. 5:22-cv-00009-TES |

## PLAINTIFFS' AND DEFENDANTS' JOINT STATUS REPORT

Pursuant to the Court's June 13, 2024 Order [Doc. 129], the parties hereby submit this joint status report:

1. The parties disagree about whether the case is moot in its entirety. Plaintiffs maintain that Defendants have not demonstrated this case is moot in its entirety. Defendants maintain that the case is moot in its entirety and should be dismissed.

2. The parties propose that they file briefs on their respective positions on mootness by July 26, 2024, and then file responses to each other's briefs three weeks later (by August 16, 2024).

3. The parties further propose that, if any part of this case remains live following this Court's resolution of mootness, the parties submit a joint status report proposing next steps within fourteen days of the Court's order regarding mootness.

4. The parties also disagree on whether Plaintiffs are entitled to attorneys' fees but agree in proposing that the parties not present any arguments about fees at least until after the issue of mootness is resolved.

5. The parties further propose that the Court stay, pending resolution of the mootness issue, all deadlines in its Rules 16 and 26 Order [Doc. 130] including (among other deadlines) the July 13, 2024 deadline to submit a Proposed Scheduling and Discovery Order.

Dated: June 28, 2024

Respectfully submitted,

/s/ Adam S. Hochschild

| | |
|---|---|
| Stephen Crampton, *pro hac vice*<br>THOMAS MORE SOCIETY – Senior Counsel<br>PO Box 4506<br>Tupelo, MS 38803<br>(662)255-9439<br>scrampton@thomasmoresociety.org | Michael R. Hirsh, GA #357220<br>Hirsh Law Office, LLC<br>2295 Towne Lake Parkway, Suite 116-181<br>Woodstock, GA 30189<br>(678)653-9907<br>michael@hirsh.law |
| Adam S. Hochschild, *pro hac vice*<br>Hochschild Law Firm<br>THOMAS MORE SOCIETY – Special Counsel<br>PO Box 401<br>Plainfield, VT 05667<br>(314)503-0326<br>adam@hochschildlaw.com | Mary Catherine Hodes, *pro hac vice*<br>THOMAS MORE SOCIETY – Senior Counsel<br>112 S. Hanley Rd., Second Floor<br>Clayton, MO 63105<br>(314)825-5725<br>mchodes@thomasmoresociety.org |
| Michael McHale, *pro hac vice*<br>THOMAS MORE SOCIETY – Senior Counsel<br>10506 Burt Circle, Ste. 110<br>Omaha, NE 63114<br>(402)501-8586<br>mmchale@thomasmoresociety.org | Paul M. Jonna, *pro hac vice*<br>LiMandri & Jonna LLP<br>THOMAS MORE SOCIETY – Special Counsel<br>P.O. Box 9120<br>Rancho Santa Fe, CA 92067<br>(858)759-994<br>pjonna@limandri.com |

*Counsel for Plaintiffs*

| | |
|---|---|
| PETER D. LEARY<br>United States Attorney<br>Middle District of Georgia | BRIAN M. BOYNTON<br>Principal Deputy Assistant<br>Attorney General |
| LANCE SIMON<br>Assistant United States Attorney<br>Georgia Bar No. 447643<br>300 Mulberry St., Suite 400<br>P.O. Box 1702<br>Macon, GA 31202<br>Tel: (478) 621-2663<br>Email: lance.simon@usdoj.gov | ALEXANDER K. HAAS<br>Director, Federal Programs Branch<br><br>JOSHUA E. GARDNER<br>Special Counsel |

/s/ Cassandra M. Snyder
ANDREW E. CARMICHAEL
Senior Trial Counsel
CODY T. KNAPP
CASSANDRA M. SNYDER
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 451-7729
email: cassandra.m.snyder@usdoj.gov

*Counsel for Defendants*