# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **AIR FORCE OFFICER,**<br><br>*Plaintiff,*<br><br>v.<br><br>**LLOYD J. AUSTIN, III**, *individually and in his official capacity as Secretary of Defense;*<br><br>**FRANK KENDALL, III**, *individually and his official capacity as Secretary of the Air Force;* and<br><br>**ROBERT I. MILLER**, *individually and his official capacity as Surgeon General of the Air Force,* | **CIVIL ACTION NO.**<br>**5:22-cv-00009-TES** |

**ORDER**

After reviewing the parties' Joint Status Report [Doc. 131] submitted in response to the Court's Order [Doc. 129], the Court **ORDERS** the parties to file their respective briefs regarding mootness by July 26, 2024, with responses filed 21 days after the initial brief is filed, and reply briefs filed within 14 days after the response brief is filed. Additionally, all deadlines imposed by the Court's Rules 16/26 Order are **STAYED** until the Court resolves the issue of mootness.

If any part of this case remains following the Court's decision on mootness, the parties must submit a joint status report/Proposed Scheduling and Discovery Order proposing next steps within 14 days of the Court's ruling on mootness.

**SO ORDERED**, this 1st day of July, 2024.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUGDE**
**UNITED STATES DISTIRCT COURT**
