# Exhibit A



# DEPARTMENT OF THE AIR FORCE
## HEADQUARTERS UNITED STATES AIR FORCE
### WASHINGTON, DC

MEMORANDUM FOR AFR COMMANDERS AND DIRECTORS

FEB 1 0 2023

FROM: HQ USAF/RE
1150 Air Force Pentagon
Washington DC 20330-1150

SUBJECT: Air Force Reserve (AFR) Guidance for COVID-19

References: (a) Secretary of the Air Force memo, *Rescission of 3 September 2021 Mandatory Coronavirus Disease 2019 Vaccination of Department of the Air Force Military Members and 7 December 2021 Supplemental Coronavirus Disease 2019 Vaccination Policy memoranda*, January 23, 2023
(b) Chief of Air Force Reserve memo, *AFR COVID-19 Participation and TDY Guidance for Unvaccinated Members,* June 21, 2022 (Rescinded)

1. In accordance with reference (a), I hereby rescind reference (b). COVID-19 unvaccinated military members may:

   a. participate in accordance with applicable Department of the Air Force Instructions, policies, and Force Health Protection Guidance.

   b. request retirement (if eligible), resignation, or voluntary reassignment to the Individual Ready Reserve. Requests will be processed in accordance with applicable Department of the Air Force Instructions.

2. All military members will continue to follow applicable Force Health Protection guidance.

3. The AFR is fully engaged with SAF/MR, AF/A1, and the Air Force Personnel Center to develop Total Force processes, procedures, and instructions for removing qualifying adverse actions consistent with reference (a). We are working diligently to ensure these actions are addressed quickly and properly. Additional guidance is forthcoming.

4. Consistent with reference (a), COVID-19 vaccination status is no longer a barrier to service in the AFR. Individuals desiring to join the AFR should contact a recruiter to determine eligibility in accordance with standard accession processes and policies.

5. My POC for these issues is Colonel James A. Rigsbee. He may be reached via DSN 497-1215, Comm (478) 327-1215, or email at james.rigsbee.1@us.af.mil.

JOHN P. HEALY
Lieutenant General, USAF
Chief of Air Force Reserve