# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| AIR FORCE OFFICER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LLOYD AUSTIN, III, in his official capacity ) <br> as Secretary of Defense, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No. 5:22-cv-00009-TES |

### **DECLARATION OF STAFF SERGEANT MARC A. CAMMON**

I, SSgt Marc Cammon, hereby state and declare as follows:

1.  I am a Staff Sergeant in the United States Air Force currently assigned as the Noncommissioned Officer in Charge (NCOIC), Military Personnel Branch of the Air Force Judge Advocate Personnel and Information Law Division. I have been in this position since October of 2022. As a part of my duties, I am responsible for conducting background checks and reviewing the official military personnel records. As the NCOIC, Military Personnel, I serve as the focal point for case administration and communication between our office and other agencies.

2.  I have reviewed the allegations set forth in the pleadings filed in this matter. I make this declaration in my official capacity as the NCOIC, Military Personnel, and based upon my personal knowledge and upon information that has been provided to me in the course of my official duties. I know the identities of Air Force Officer, Air Force NCO, Air Force Special Agent, and Air Force Engineer. I can provide their names if required, consistent with the protective order in place in this case.

3. After conducting a records review and communication with the commands concerned, I was able to determine that the official personnel records of Air Force Officer, Air Force NCO, Air Force Special Agent, and Air Force Engineer contain no adverse actions for refusing the COVID-19 vaccine. In accordance with Department of Defense and Department of the Air Force guidance, any adverse actions that may have been taken due to their refusal of the COVID-19 vaccine were removed from their personnel records.

4. Air Force NCO has retired from Air Force as of August 31, 2023.

5. Air Force Officer had submitted a request for military retirement on December 11, 2021. On May 20, 2022, however, Air Force Officer has successfully rescinded that request and is no longer being processed for retirement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of July 2024.

CAMMON.MARC.ANTHONY.JR.1392912670
Digitally signed by CAMMON.MARC.ANTHONY.JR.1392912670
Date: 2024.07.24 09:03:32 -04'00'

MARC A. CAMMON, SSgt, USAF
NCOIC, Military Personnel Branch