# EXHIBIT C

### UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

| | |
|---|---|
| **AIR FORCE OFFICER**, **AIR FORCE NCO**, **AIR FORCE SPECIAL AGENT**, and **AIR FORCE ENGINEER**, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**LLOYD J. AUSTIN**, **III**, in his official capacity as Secretary of Defense; **FRANK KENDALL**, **III**, in his official capacity as Secretary of the Air Force; and **ROBERT I. MILLER**, in his official capacity as Surgeon General of the Air Force,<br><br>Defendants. | Case No. 5:22-cv-00009-TES |

## DECLARATION OF AIR FORCE OFFICER

Pursuant to 28 U.S.C. § 1746, I, Air Force Officer, under penalty of perjury declare as follows:

1. I am over the age of eighteen and am competent to make this declaration.

2. My request for religious accommodation as to the COVID-19 vaccine mandate was subject to the Air Force's religious accommodation process. In denying my request, I believe the Air Force failed to make an individualized "to the person" assessment of my accommodation request. I'm personally aware of many other religious objectors who believe they experienced the same.

3. I'm not aware of the Air Force changing what I believe was and is its practice of failing to make an individualized "to the person" assessment of an accommodation request.

1

2

4.      Under these circumstances, I was and am hesitant to submit any other religious accommodation requests and to be subject to the Air Force's religious accommodation process again.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 16, 2024.

                                                      /s/ Air Force Officer
                                                      Air Force Officer