IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| AIR FORCE OFFICER , | * |
| Plaintiffs, | * |
| v. | Case No.  5:22-cv-00009-TES |
| | * |
| LLOYD J AUSTIN, III, et al, | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated October 11, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 11th day of October, 2024.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk