# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **AIR FORCE OFFICER, AIR FORCE NCO, AIR FORCE SPECIAL AGENT**, and **AIR FORCE ENGINEER**, *on behalf of themselves and all others similarly situated*,<br><br>*Plaintiffs,*<br><br>v.<br><br>**LLOYD J. AUSTIN, III**, *individually and in his official capacity as Secretary of Defense*;<br><br>**FRANK KENDALL, III**, *individually and his official capacity as Secretary of the Air Force*; and<br><br>**ROBERT I. MILLER**, *individually and his official capacity as Surgeon General of the Air Force*,<br><br>*Defendants.* | **CIVIL ACTION NO. 5:22-cv-00009-TES** |

## ORDER SUBSTITUTING PARTIES

Pursuant to Federal Rule of Civil Procedure 25(d), the Court orders that the above-captioned defendants be substituted as follows: Pete Hegseth, individually and in his official capacity as Secretary of Defense, as successor to Lloyd J. Austin, III; Gary Ashworth, individually and his official capacity as Acting Secretary of the Air Force, as successor to Frank Kendall, III; and John DeGoes, individually and his official capacity as Surgeon General of the Air Force, as successor to Robert I. Miller.

Further, the stay imposed by the Court on October 18, 2024, as to fees remains until resolution of the pending appeal in this case. [Doc. 148]; [Doc. 151].

**SO ORDERED**, this 14th day of April, 2025.

S/ Tilman E. Self, III
**TILMAN E. SELF, III**
**UNITED STATES DISTRICT COURT**
